NO. 12-03-00303-CR


NO. 12-03-00304-CR


NO. 12-03-00305-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




MICHAEL TIMMONS,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offenses of stalking and assault. Punishment was assessed
at imprisonment for ten years. We have received the trial court's certification showing that this is
a plea-bargain case, and Appellant has no right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). 
Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered September 24, 2003.

Panel consisted of Worthen, C.J., and Griffith, J.





(DO NOT PUBLISH)